```
McGREGOR W. SCOTT
United States Attorney
SHEILA K. OBERTO
Assistant U.S. Attorney
4401 Federal Building
2500 Tulare Street
Fresno, California  93721
Telephone:  (559) 497-4000
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 1:05 cr 00379 AWI |
| | ) | |
| Plaintiff, | ) | |
| | ) | STIPULATION TO CONTINUE |
| v. | ) | STATUS CONFERENCE and ORDER |
| | ) | THEREON |
| GABRIEL JUAN GRACIDA-MEJIA, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

IT IS HEREBY STIPULATED by and between plaintiff, United States of America, and defendant Juan Gabriel Gracida Mejia, through their respective counsel, SHEILA K. OBERTO, Assistant United States Attorney, and JOHN TELLO, Esq., as follows:

1. The date for the hearing on the status conference presently set for March 20, 2006 shall be continued to **May 8, 2006** at **9:00 a.m.**

2. The delay resulting from this continuance shall be excluded in the interests of justice pursuant to 18 U.S.C. Sections 3161(h)(8)(A), 3161(h)(1)(F), and 3161(h)(8)(B)(i).

This continuance is necessary to give the parties an opportunity to conduct further investigations and to engage in further discussions

1

and negotiations, including, but not limited to, discussions relating to a potential resolution of the case.

Dated:  March 14, 2006                    Respectfully submitted,

                                          McGREGOR W. SCOTT
                                          United States Attorney


                                          By /s/ Sheila K. Oberto
                                            SHEILA K. OBERTO
                                          Assistant U.S. Attorney

                                                /s/ John Tello
                                          By_____
                                            JOHN TELLO
                                          Attorney for Defendant GABRIEL JUAN
                                          GRACIDA MEJIA


**ORDER**

IT IS SO ORDERED.

**Dated:   March 17, 2006**               _____/s/ Anthony W. Ishii_____
0m8i78                                    UNITED STATES DISTRICT JUDGE

2