JOHN TELLO, SBN 86589
Law Office of John Tello
432 Truxtun Avenue
Bakersfield, CA 93301
Telephone: (661) 323-8700

Attorney for Defendant
GABRIEL JUAN GRACIDA MEJIA



FEB 1 5 2007

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
        DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

* * * * * * *

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 1:05 cr 00379 |
| -vs- | STIPULATION AND ORDER TO RELEASE COLLATERAL SECURING PROPERTY BOND |
| GABRIEL JUAN GRACIDA MEJIA, | |
| Defendant. | |

On August 21, 2006 judgment was entered in the above-entitled case and defendant, Gabriel Juan Gracida Mejia, was sentenced to 120 days on home detention and ordered to complete 100 hours of unpaid community service as directed by the probation officer. Defendant has satisfied these terms of his sentence and now seeks to have the properties used to secure his property bond in this matter reconveyed to their respective owners.

IT IS HEREBY STIPULATED by and between the parties, namely, Gabriel Juan Gracida Mejia, through his attorney, John Tello, and the United States of America, through its attorney, Assistant United States Attorney Sheila Oberto, that the two properties described herein can be released by the Clerk of the United States District Court for the Eastern District of California as collateral for the property bond release of Gabriel Juan Gracida Mejia.

(1) 2725 Prospect Street, Bakersfield, California, owned by Gabriel Gracida and Sylvia Gracida, legally described as The Westerly 90 feet of Lot 3, measured along the North line

1 thereof, in Block 25 of Decanso Park, in the County of Kern, State of California, as per Map recorded February 27, 1923 in Book 3, Page 74 of Maps, in the Office of the County Recorder of said County, APN 137-290-05-00-7, and

    (2)    317 Clyde Street, Bakersfield, California, owned by Ruben Gracida and Maria Gracida, legally described as Lots 16 and 17 in Block 24 of the Mayflower Addition, in the City of Bakersfield, County of Kern, State of California, as per Map recorded July 06, 1911 in Block 2, Page 29 of Maps, in the Office of the County Recorder of said County, APN 018-370-25.

McGREGOR W. SCOTT
United States Attorney

DATED: February 9, 2007    By /s/ Sheila K. Oberto
    SHEILA K. OBERTO
    Assistant U.S. Attorney

LAW OFFICE OF JOHN TELLO

DATED: February 9, 2007    By /s/ John Tello
    JOHN TELLO, Attorney for Defendant,
    GABRIEL JUAN GRACIDA MEJIA

## -ORDER-

It having been stipulated by the parties hereto, and good cause appearing therefor, the Clerk of the United States District Court for the Eastern District of California shall issue a Deed of Reconveyance and thereby release the property located at 2725 Prospect Street, Bakersfield, California, owned by Gabriel Gracida and Sylvia Gracida, legally described as The Westerly 90 feet of Lot 3, measured along the North line thereof, in Block 25 of Decanso Park, in the County of Kern, State of California, as per Map recorded February 27, 1923 in Book 3, Page 74 of Maps, in the Office of the County Recorder of said County, to its owners, Gabriel Gracida and Sylvia Gracida. This Deed of Reconveyance shall release the security and collateral established by that Deed of Trust

1  with Assignments of Rents recorded with the Kern County Recorder on October 14, 2005 as
2  Document No. 0205285802 and a corrected Deed of Trust with Assignment of Rents recorded with
3  the Kern County Recorder on October 18, 2005. as Document No. 0205288411

4  Further, the Clerk of the United States District Court for the Eastern District of
5  California shall issue a Deed of Reconveyance and thereby release the property located at 317 Clyde
6  Street, Bakersfield, California, owned by Ruben Gracida and Maria Gracida, legally described as
7  Lots 16 and 17 in Block 24 of the Mayflower Addition, in the City of Bakersfield, County of Kern,
8  State of California, as per Map recorded July 06, 1911 in Block 2, Page 29 of Maps, in the Office
9  of the County Recorder of said County to its owners, Ruben Gracida and Maria Gracida. This Deed
10 of Reconveyance shall release the security and collateral established by that Deed of Trust with
11 Assignments of Rents recorded with the Kern County Recorder on October 13, 2005 as Document
12 No. 0205284357.

13 DATED: February 15, 2007

ANTHONY W. ISHII, JUDGE