PROB 35

# ORDER TERMINATING PROBATION
# PRIOR TO EXPIRATION DATE

## UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| vs. ) | Docket Number: 1:05CR00379-001 |
| ) | |
| **GABRIEL JUAN GRACIDA-MEJIA** ) | |
| ) | |

On August 21, 2006, the above-named was placed on Probation for a period of 3 years. He has complied with the rules and regulations of supervision. It is accordingly recommended that he be discharged from supervision.

Respectfully submitted,

/s/ Frank Esquivel

**FRANK ESQUIVEL**
**Senior United States Probation Officer**

Dated:         November 5, 2008
               Bakersfield, California
               FE:dk

                         /s/ Thomas A. Burgess
**REVIEWED BY:** _____
               **THOMAS A. BURGESS**
               **Supervising United States Probation Officer**

**Re:   Gabriel Juan GRACIDA-MEJIA**
      **Docket Number:   1:05CR00379-001**
      **ORDER TERMINATING PROBATION**
      **PRIOR TO EXPIRATION DATE**

---

## ORDER OF COURT

It is ordered that the probationer be discharged from Probation, and that the proceedings in the case be terminated.

IT IS SO ORDERED.

**Dated:   November 6, 2008**              /s/ Anthony W. Ishii
                                   CHIEF UNITED STATES DISTRICT JUDGE